IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM, INC.; WILLIAM L. ROPER; and DOES 1-20,<br><br>        *Defendants*. | Case No. 1:15-cv-00462-CCE-JLW |

**MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)
OF DEFENDANT WILLIAM L. ROPER**

Defendant William L. Roper moves to dismiss Plaintiff Danielle Seaman's First Amended Complaint (Docket Entry 15) with prejudice under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff has failed to state a claim upon which relief can be granted. The accompanying brief provides additional support for this motion.

**WHEREFORE**, Defendant requests that the Court enter an Order as follows:

(1) Dismissing Plaintiff's First Amended Complaint with prejudice; and

(2) Awarding Defendant such other and further relief as may be just and proper.

1

This 15th day of October, 2015.

/s/ Kearns Davis
Kearns Davis
N.C. State Bar No. 22014

/s/ Clinton R. Pinyan
Clinton R. Pinyan
N.C. State Bar No. 22260

/s/ Bryan Starrett
Bryan Starrett
N.C. State Bar No. 40100

BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD, L.L.P.
2000 Renaissance Plaza
230 North Elm Street (27401)
P.O. Box 26000
Greensboro, NC 27420-6000
Telephone: 336-373-8850
Facsimile: 336-378-1001

*Attorneys for Defendant William L. Roper*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert M. Elliot
N.C. State Bar No. 7709
Elliot Morgan Parsonage, PLLC
426 Old Salem Rd.
Brickenstein-Lainbach House
Winston-Salem, NC 27101
(336) 724-2828
rmelliot@emplawfirm.com

Kelly M. Dermody
Brendan P. Glackin
Dean M. Harvey
Martin D. Quinones
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
kdermody@lchb.com
bglackin@lchb.com
dharvey@lchb.com
mquinones@lchb.com

*Attorneys for Plaintiff Danielle Seaman*

Paul K. Sun, Jr.
N.C. State Bar No. 16847
paul.sun@elliswinters.com
Matthew W. Sawchak
N.C. State Bar No. 17059
matt.sawchak@elliswinters.com
Kelly Margolis Dagger
N.C. State Bar No. 44329
kelly.dagger@elliswinters.com
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

Gregg H. Levy*
Derek Ludwin*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
*admitted pursuant to LR83.1(d)

*Counsel for Defendants Duke and DUHS*

This 15th day of October, 2015.

/s/ Bryan Starrett
Bryan Starrett