# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NUMBER 1:15-CV-00462

| | | |
|---|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, v. | ) ) ) ) ) | MOTION TO DISMISS BY DEFENDANTS DUKE UNIVERSITY AND DUKE UNIVERSITY HEALTH SYSTEM |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM, WILLIAM L. ROPER, AND DOES 1-20, | ) ) ) ) ) | Fed. R. Civ. P. 12(b)(6) |
| Defendants. | ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Local Rule 7.3, Defendants Duke University ("Duke") and Duke University Health System ("DUHS") hereby move to dismiss the Amended Complaint (DE 15) for failure to state a claim upon which relief can be granted. In support of this motion, Duke and DUHS rely on their accompanying brief.

This the 15th day of October, 2015.

| | |
|---|---|
| Gregg H. Levy* | /s/ Paul K. Sun, Jr. |
| glevy@cov.com | Paul K. Sun, Jr. |
| Derek Ludwin* | N.C. State Bar No. 16847 |
| dludwin@cov.com | paul.sun@elliswinters.com |
| COVINGTON & BURLING LLP | Matthew W. Sawchak |
| One CityCenter | N.C. State Bar No. 17059 |
| 850 Tenth Street, NW | matt.sawchak@elliswinters.com |
| Washington, DC 20001 | Kelly Margolis Dagger |
| Telephone: (202) 662-6000 | N.C. State Bar No. 44329 |
| Facsimile: (202) 662-6291 | kelly.dagger@elliswinters.com |
| *admitted pursuant to LR83.1(d)* | ELLIS & WINTERS LLP |
| | Post Office Box 33550 |
| | Raleigh, North Carolina 27636 |
| | Telephone: (919) 865-7000 |
| | Facsimile: (919) 865-7010 |

*Counsel for Defendants Duke and DUHS*

## CERTIFICATE OF SERVICE

I hereby certify that on 15 October 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 15th day of October, 2015.

/s/ Paul K. Sun, Jr.
Paul K. Sun, Jr.
N.C. State Bar No. 16847
paul.sun@elliswinters.com
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010

*Counsel for Defendants Duke and DUHS*