IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DANIELLE SEAMAN, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.                                  1:15CV462

DUKE UNIVERSITY, et al.,

        Defendants.

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 56) submitted by the parties and approves it without modification.

                                                  /s/ Joe L. Webster
                                                  Joe L. Webster
                                            United States Magistrate Judge

Date: August 22, 2016