UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

DURHAM DIVISION

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM, WILLIAM L. ROPER, AND DOES 1-20,<br><br>Defendants. | Case No. 1:15-CV-00462<br><br>**MOTION FOR: (1) CERTIFICATION OF SETTLEMENT CLASS; (2) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (3) LEAVE TO AMEND; AND (4) SETTING OF SCHEDULE FOR FINAL APPROVAL**<br><br>Fed. R. Civ. P. 15, 23 |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Dr. Danielle Seaman hereby moves the Court, pursuant to Rules 15 and 23 of the Federal Rules of Civil Procedure, for an order as follows:

1. Granting Dr. Seaman leave to file the proposed Second Amended Complaint, attached as Exhibit A to the Settlement Agreement;

2. Certifying the following proposed Settlement Class:

    all natural persons employed by Duke University, Duke University Health System, Inc., the University of North Carolina at Chapel Hill (including the University of North Carolina School of

1

Medicine), and the University of North Carolina Health Care System and in the United States from January 1, 2012 through to August 21, 2017 (the "Settlement Class Period"). Excluded from the Class are: members of the boards of directors and boards of trustees, boards of governors, and senior administrators of Defendants and their co-conspirators who entered into the alleged agreements, any Defendant's or Settling Defendant's legal representatives in connection with this action (including any person affiliated with any law firm representing any Defendant or Settling Defendant in connection with this action), and any and all judges and justices, and chambers' staff, assigned to hear or adjudicate any aspect of this litigation.

3. Preliminarily approving the Settlement;

4. Appointing Lieff, Cabraser, Heimann & Bernstein, LLP, and Elliot Morgan Parsonage, P.A., as Settlement Class Counsel;

5. Appointing Plaintiff Dr. Danielle Seaman as Settlement Class Representative; and

6. Approving the proposed notice and setting a schedule for final approval.

This motion is based on the accompanying memorandum of points and authorities; the Declarations of Dr. Danielle Seaman, Dean M. Harvey, and Robert M. Elliot; all exhibits to such documents; the pleadings and other documents on file in this consolidated action; and any argument that may be presented to the Court.

This the 25th day of August, 2017.

/s/     Robert M. Elliot

Robert M. Elliot  (State Bar No. 7709)
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

/s/  *Dean M. Harvey*
Kelly M. Dermody*
Dean M. Harvey*
Anne B. Shaver*
Abbye Klamann*
LIEFF CABRASER HEIMANN &
BERNSTEIN,  LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
dharvey@lchb.com
ashaver@lchb.com
aklamann@lchb.com
*admitted pursuant to LR 83.1(d)

*Counsel for Plaintiff Dr. Seaman and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 25th day of August, 2017.

/s/ Dean M. Harvey

Kelly M. Dermody*
Dean M. Harvey*
Anne B. Shaver
Katherine C. Benson*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
dharvey@lchb.com
kdermody@lchb.com
ashaver@lchb.com
aklamann@lchb.com
*admitted pursuant to LR83.1(d)

Robert M. Elliot (State Bar No. 7709)
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

*Counsel for Dr. Seaman and the Proposed Class*