UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
1:15-CV-462

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM; THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; THE UNIVERSITY OF NORTH CAROLINA SCHOOL OF MEDICINE; THE UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM; AND WILLIAM L. ROPER; and DOES 1-20,<br><br>Defendants. | **FINAL JUDGMENT AND DISMISSAL** |

The Court hereby enters final judgment in this action as between Plaintiff Danielle Seaman, M.D.; the Settlement Class; and Defendants the University of North Carolina at Chapel Hill, the University of North Carolina School of Medicine, the University of North Carolina Health Care System, and William L. Roper ("Settling Defendants" together with Dr. Seaman and the Settlement Class, "Settling Parties"), as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1. All Released Claims of Dr. Seaman and the Settlement Class are hereby released as against Settling Defendants and all other Released Parties as defined in the Settlement.

2. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement and Consent Decree.

3. The Settling Parties are hereby ordered to comply with the terms of the Settlement and Consent Decree.

4. This action is dismissed with prejudice as against the Settling Defendants, each side to bear its own costs and attorneys' fees.

5. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Dr. Seaman, the Settlement Class, and Settling Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED.**

This the 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE