IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:15-CV-462 |
| DUKE UNIVERSITY, DUKE UNIVERSITY HEALTH SYSTEM; THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; THE UNIVERSITY OF NORTH CAROLINA SCHOOL OF MEDICINE; THE UNIVERSITY OF NORTH CAROLINA HEALTH CARE SYSTEM; WILLIAM L. ROPER; and DOES 1-20, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Dr. Seaman has moved to strike or disregard the Duke defendants' supplemental brief on class certification. Doc. 182. Duke's supplemental brief reargued positions in its initial class certification briefing and did not address the specific question presented in this Court's December 11, 2017 Order. The Court will grant the motion and strike the brief because neither this Court's Order nor the Local Rules authorized it.

Dr. Seaman also has moved to exclude the expert reports of Dr. Laurence Baker and Dr. Pierre-Yves Cremieux and declarations of Nancy Andrews, Kyle Cavanaugh, Scott Gibson, and Joseph Mathew, which the defendants submitted in opposition to class

certification. Doc. 144. Upon consideration, the Court will deny the motion in its discretion.

It is **ORDERED** that:

1. The plaintiff's motion to strike, Doc. 182, is **GRANTED** and the Duke's defendants' brief at Doc. 181 is **STRICKEN**.

2. The plaintiff's motion to exclude the expert reports of Dr. Laurence Baker and Dr. Pierre-Yves Cremieux, and the declarations of Nancy Andrews, Kyle Cavanaugh, Scott Gibson, and Joseph Mathew, Doc. 144, is **DENIED**.

This the 26th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE