UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

DURHAM DIVISION

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DUKE UNIVERSITY; DUKE UNIVERSITY HEALTH SYSTEM, INC.; and DOES 1-20,<br><br>Defendants. | Case No. 1:15-cv-00462<br><br><br>**NOTICE OF APPEARANCE** |

Please take notice that, pursuant to Rule 83.1(d) of the Local Rules of Civil Practice, the undersigned counsel, Shira J. Tevah, hereby appears as counsel of record on behalf of Danielle Seaman and the Class.

Dated: February 27, 2018      Respectfully submitted,

*/s/ Shira J. Tevah*
Shira J. Tevah
California Bar No. 307106
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
stevah@lchb.com

- 1 -

Robert M. Elliot
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: February 27, 2018

Respectfully submitted,

*/s/ Shira J. Tevah*
Shira J. Tevah
California Bar No. 307106
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
stevah@lchb.com