# EXHIBIT A

Message

**From:** Goldstein, Buck [/O=BUSINESS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BUCKGOLDSTEIN07237274]
**Sent:** 5/28/2012 11:32:09 PM
**To:** Thorp, Holden [holden_thorp@unc.edu]
**Subject:** Re: Dees and Highland Vineyard

He has professed a strong interest. If we can start the process without your call to Dick we will. Greg is totally on Board.

Sent from my iPhone

On May 28, 2012, at 6:17 PM, "Thorp, Holden" <holden_thorp@unc.edu> wrote:

> Probably best to wait to get the process moving and have Greg profess an interest first.
> H
>
> ---
>
> **From:** Goldstein, Buck [mailto:Buck_Goldstein@kenan-flagler.unc.edu]
> **Sent:** Monday, May 28, 2012 6:15 PM
> **To:** Thorp, Holden
> **Subject:** Re: Dees and Highland Vineyard
>
> So is a call from you to Broadhead next so we can get the process started? Karen wants to post the position and undertake a search. Greg knows this and is comfortable with the process.
>
> Buck
>
> Buck Goldstein
> University Entrepreneur in Residence
> 919 883 7555
>
>
> On May 28, 2012, at 5:34 PM, "Thorp, Holden" <holden_thorp@unc.edu> wrote:
>
>> She talked to me about it. Thanks for being flexible on this – I think it's a good plan.
>> H
>>
>> ---
>>
>> **From:** Goldstein, Buck [mailto:Buck_Goldstein@kenan-flagler.unc.edu]
>> **Sent:** Sunday, May 27, 2012 1:02 PM
>> **To:** Thorp, Holden
>> **Subject:** Dees and Highland Vineyard
>>
>> The attached is what I had to do to get Karen to move forward on Dees. If the Fleishman Initiative comes together we can convert this into a larger endowment. She just needs to know she will have the cash to pay Greg.
>> Buck
>> --
>> Buck Goldstein
>> Professor of the Practice, Department of Economics
>> University Entrepreneur in Residence
>> University of North Carolina

CB 3305
Chapel Hill, NC 27599-3305
919 966 3682-o
919 883 7555-m
buck_goldstein@unc.edu
www.revupinnovation.com
Follow on Twitter at buckgold1
*Engines of Innovation—The Entrepreneurial University in the 21st Century*, with Holden Thorp