# EXHIBIT B

| | |
|---|---|
| **From:** | Goldstein, Buck [/O=BUSINESS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BUCKGOLDSTEIN07237274] |
| **Sent:** | 7/6/2012 1:55:48 PM |
| **To:** | Greg Dees [jgregdees@yahoo.com] |
| **Subject:** | Re: update |

Thanks for the update.  I am hoping that since Duke has now made their proposal Holden will feel free to contact you.  You now seem to have some wonderful choices and I hope we will be able to add to your confusion.  Glad to discuss at any time.
Buck
--
Buck Goldstein
Professor of the Practice, Department of Economics
University Entrepreneur in Residence
University of North Carolina
CB 3305
Chapel Hill, NC 27599-3305
919 966 3682-o
919 883 7555-m
buck_goldstein@unc.edu
www.revupinnovation.com
Follow on Twitter at buckgold1
*Engines of Innovation—The Entrepreneurial University in the 21st Century*, with Holden Thorp

---

**From:** Greg Dees <jgregdees@yahoo.com>
**Reply-To:** Greg Dees <jgregdees@yahoo.com>
**Date:** Thursday, July 5, 2012 4:48 PM
**To:** Buck Goldstein <buck_goldstein@Kenan-flagler.unc.edu>
**Subject:** Re: update

Buck, I now have firm offers from Tulane and Duke. Duke made a counter offer of a different position--more university-wide responsibilities. Just got the Tulane offer today, and Duke's on Tuesday. Lot's to think about. And I am off to Stanford on the 23rd. I'll keep you posted.

At the say time we are trying to get a major USAID proposal out the door at Duke, with me as the main PI, despite all the uncertainties.

--Greg

---

**From:** "Goldstein, Buck" <Buck_Goldstein@kenan-flagler.unc.edu>
**To:** Greg Dees <jgregdees@yahoo.com>; Greg Dees <jgregdees@yahoo.com>
**Sent:** Thursday, July 5, 2012 4:39 PM
**Subject:** update

I just got off the phone with Holden.  He said the protocol is to notify Duke that we are talking to you which has been done.  They are then given a few weeks before he feels comfortable talking to you direct which he wants to do.  He is very enthusiastic about the prospect of us all working together and sees social entrepreneurship being a key element of the upcoming capital campaign.
Of course I am available at any time to talk about this or anything else.
I hope your summer is going well.
Buck
--
Buck Goldstein

Professor of the Practice, Department of Economics
University Entrepreneur in Residence
University of North Carolina
CB 3305
Chapel Hill, NC 27599-3305
919 966 3682-o
919 883 7555-m
buck_goldstein@unc.edu
www.revupinnovation.com
Follow on Twitter at buckgold1
*Engines of Innovation—The Entrepreneurial University in the 21st Century*, with Holden Thorp