# EXHIBIT C

Message

**From**: Goldstein, Buck [/O=BUSINESS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BUCKGOLDSTEIN07237274]
**Sent**: 4/10/2012 1:19:56 AM
**To**: Thorp, Holden [holden_thorp@unc.edu]
**Subject**: Re: Call

Got it.

Buck Goldstein
University Entrepreneur in Residence
919 883 7555

On Apr 9, 2012, at 9:15 PM, "Thorp, Holden" <holden_thorp@unc.edu> wrote:

> Pretty far. Need to wait until Karen comes to Bruce and me and asks us to talk to our counterparts.
> H
>
>
> -----Original Message-----
> From: Goldstein, Buck [mailto:Buck_Goldstein@kenan-flagler.unc.edu]
> Sent: Monday, April 09, 2012 10:38 AM
> To: Thorp, Holden
> Subject: RE: Call
>
> We just met with Conway and there are several moving parts which I believe we can resolve. How far along do you want us to be before we discuss in principal with Joel?
> Buck
>
> -----Original Message-----
> From: Thorp, Holden [mailto:holden_thorp@unc.edu]
> Sent: Monday, April 09, 2012 10:23 AM
> To: Goldstein, Buck
> Subject: Re: Call
>
> Ok. Akin needs to get Econ to approach Karen about using the Rankin professorship for this. H
>
> Holden Thorp, Chancellor
> University of North Carolina at Chapel Hill Chapel Hill, NC 27514
> 919-962-1365
>
> On Apr 5, 2012, at 10:32 AM, "Goldstein, Buck" <Buck_Goldstein@kenan-flagler.unc.edu> wrote:
>
>> Have a look when you get a minute. It will make you very happy.
>> Akin is highly confident and frankly doesn't want some other department in the social sciences to grab him.
>> Buck
>>
>> From: Greg Dees [mailto:jgregdees@yahoo.com]
>> Sent: Wednesday, April 04, 2012 7:09 PM
>> To: Goldstein, Buck
>> Subject: Re: Call
>>
>> Here is my CV and a short bio. Note my PhD is in philosophy, if that helps in positioning me as a utility player.
>>
>> --Greg
>>
>> ________________________________
>> From: "Goldstein, Buck"
>> <Buck_Goldstein@kenan-flagler.unc.edu<mailto:Buck_Goldstein@kenan-flag
>> ler.unc.edu>>
>> To: Greg Dees <jgregdees@yahoo.com<mailto:jgregdees@yahoo.com>>
>> Cc: "Verdier, Mathilde"
>> <mverdier@email.unc.edu<mailto:mverdier@email.unc.edu>>
>> Sent: Tuesday, April 3, 2012 9:43 AM
>> Subject: RE: Call
>>
>> Can I call you at 4? What is the best number?
>> Thanks.
>> Buck
>>
>> From: Greg Dees [mailto:jgregdees@yahoo.com]

>> Sent: Tuesday, April 03, 2012 9:41 AM
>> To: Goldstein, Buck
>> Subject: Re: Call
>>
>> Hi Buck,
>>
>> I should be free after 2pm today. Would some time then work for you?
>>
>> Greg
>>
>> ________________________________
>> From: "Goldstein, Buck"
>> <Buck_Goldstein@kenan-flagler.unc.edu<mailto:Buck_Goldstein@kenan-flag
>> ler.unc.edu>>
>> To: Greg Dees <jgregdees@yahoo.com<mailto:jgregdees@yahoo.com>>
>> Sent: Monday, April 2, 2012 8:26 PM
>> Subject: Call
>>
>> Hi Greg
>> I hope all is well.
>> Holden and I have some very exciting news I cant put in an email and I need about ten minutes of your time to get your take.
>> When would be a good time to talk?
>> Buck
>>
>> Buck Goldstein
>> University Entrepreneur in Residence
>> 919 883  7555
>>
>>
>> <Dees CV 3-12.doc>
>> <Dees short bio_and pic_June_11.doc>