UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DUKE UNIVERSITY, *et al.*,<br><br>*Defendants*. | Civil No. 1:15-cv-462-CCE-JLW<br><br>Judge Catherine C. Eagles |

## STIPULATION AND PROPOSED ORDER

**WHEREAS** Plaintiff Dr. Seaman and Defendants Duke University and Duke University Health System (collectively "Duke") have executed a settlement that is before the Court upon Dr. Seaman's Motion for Preliminary Approval;

**WHEREAS** the Settlement proposes to resolve claims of the Class under the Sherman Act;

**WHEREAS** the United States Department of Justice is charged with enforcing the Sherman Act and has filed a Statement of Interest previously in this action;

**WHEREAS** the United States has filed an unopposed motion to intervene (the "Motion to Intervene") for the limited purpose of joining the settlement and thereby obtaining the right to enforce any injunction entered by the Court against Defendant Duke University and any related Duke entities in resolution of this case; and

**WHEREAS** the proposed settlement includes injunctive relief and specifies that the United States may enforce those provisions if necessary;

Dr. Seaman and Duke hereby Stipulate and Agree that the United States, as set forth in its Motion to Intervene, may intervene in this action for the limited purpose of joining the settlement and thereby obtain the right to enforce any injunction entered by the Court against Defendant Duke University and that the United States of America's Unopposed Motion to Intervene should be granted.

Dated: May 20, 2019  /s/ *Dean M. Harvey*
Kelly M. Dermody*
Brendan P. Glackin*
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
Yaman Salahi*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
*admitted pursuant to LR83.1(d)

*Counsel for Dr. Seaman and the Class*

Dated: May 20, 2019     */s/ James P. Cooney*

                               James P. Cooney, III (N.C. State Bar # 12140)
                               Sarah Motley Stone (N.C. State Bar # 34117)
                               Womble Bond Dickinson (US) LLP
                               One Wells Fargo Center, Suite 3500
                               301 South College Street
                               Charlotte, NC 28202

                               *Counsel for Defendants Duke University and*
                               *Duke University Health System*

SO ORDERED this ___ day of _____, 2019.

THE HONORABLE CATHERINE C. EAGLES
UNITED STATES DISTRICT JUDGE

Dated: _____        _____
                                                         United States District Court Judge
                                                         Middle District of North Carolina