UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

DURHAM DIVISION

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY and DUKE UNIVERSITY HEALTH SYSTEM,<br><br>Defendants. | Case No. 1:15-cv-00462-CCE-JLW<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Fed. R. Civ. P. 23 |

Kelly M. Dermody*
Brendan P. Glackin*
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
Yaman Salahi*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
bglackin@lchb.com
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
*admitted pursuant to LR83.1(d)

Robert M. Elliot  (State Bar No. 7709)
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

*Counsel for Plaintiff Dr. Seaman and the Class*

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Dr. Danielle Seaman hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order as follows:

1. Preliminarily approving the Settlement with Duke University and Duke University Health System;

2. Approving the proposed plan of notice;

3. Appointing Rust Consulting as the Notice Administrator;

4. Set a schedule for disseminating notice to Class Members, as well as deadlines to comment on, object to, or opt-out of the Class; and

5. Schedule a final fairness hearing.

This motion is based on the accompanying memorandum of points and authorities; the Declarations of Dr. Danielle Seaman and Dean M. Harvey; all exhibits to such documents; the pleadings and other documents on file in this case; and any argument that may be presented to the Court.

Dated: May 20, 2019				Respectfully submitted,

<p style="margin-left: 3em;">

<u>/s/Dean M. Harvey</u>
Kelly M. Dermody*
Brendan P. Glackin*
Dean M. Harvey*
Anne B. Shaver*
Yaman Salahi*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
dharvey@lchb.com
ashaver@lchb.com
ysalahi@lchb.com
*admitted pursuant to LR 83.1(d)

Robert M. Elliot  (State Bar No. 7709)
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

*Counsel for Plaintiff Dr. Seaman and the Class*
</p>

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 20th day of May, 2019.

        /s/Dean M. Harvey
        Kelly M. Dermody*
        Brendan P. Glackin*
        Dean M. Harvey*
        Anne B. Shaver*
        Yaman Salahi*
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone: (415) 956-1000
        Facsimile: (415) 956-1008
        kdermody@lchb.com
        bglackin@lchb.com
        dharvey@lchb.com
        ashaver@lchb.com
        ysalahi@lchb.com
        *admitted pursuant to LR83.1(d)

        Robert M. Elliot (State Bar No. 7709)
        ELLIOT MORGAN PARSONAGE, P.A.
        426 Old Salem Rd.
        Winston-Salem, NC 27101
        Telephone: (336) 724-2828
        Facsimile: (336) 714-4499
        Email: rmelliot@emplawfirm.com

        *Counsel for Plaintiff Dr. Seaman and the Class*