UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

DURHAM DIVISION

| | |
|---|---|
| DANIELLE SEAMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY and DUKE UNIVERSITY HEALTH SYSTEM,<br><br>Defendants. | Case No. 1:15-cv-00462-CCE-JLW<br><br>**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND SERVICE AWARD**<br><br>Fed. R. Civ. P. 23 |

Kelly M. Dermody*
Brendan P. Glackin*
Dean M. Harvey*
Anne B. Shaver*
Lin Y. Chan*
Yaman Salahi*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
bglackin@lchb.com
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
*admitted pursuant to LR83.1(d)

Robert M. Elliot  (State Bar No. 7709)
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

*Counsel for Plaintiff Dr. Seaman and the Class*

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Dr. Danielle Seaman hereby moves the Court, pursuant to Federal Rule of Civil Procedure 23, for an order approving Class Counsel's request for attorney's fees in the amount of one-third of the common fund ($18,166,666.67), reimbursement of costs and expenses in the amount of $3,320,066.35 and a service award for Dr. Seaman in the amount of $125,000.00.

This motion is based on the accompanying memorandum of points and authorities; the previously-filed Declaration of Dr. Danielle Seaman (Dkt. 85); the concurrently-filed Declaration of Dean M. Harvey and all exhibits attached thereto; the pleadings and other documents on file in this case; and any argument that may be presented to the Court.

Dated:  July 16, 2019            Respectfully submitted,

*/s/      Dean M. Harvey*
Kelly M. Dermody\*
Brendan P. Glackin\*
Dean M. Harvey\*
Anne B. Shaver\*
Lin Y. Chan\*
Yaman Salahi\*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kdermody@lchb.com
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
\*admitted pursuant to LR 83.1(d)

Robert M. Elliot  (State Bar No. 7709)
ELLIOT MORGAN PARSONAGE, P.A.
426 Old Salem Rd.
Winston-Salem, NC 27101
Telephone: (336) 724-2828
Facsimile: (336) 714-4499
Email: rmelliot@emplawfirm.com

*Counsel for Plaintiff Dr. Seaman and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 16th day of July, 2019.

>  */s/      Dean M. Harvey*
> Kelly M. Dermody*
> Brendan P. Glackin*
> Dean M. Harvey*
> Anne B. Shaver*
> Lin Y. Chan*
> Yaman Salahi*
> LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> Telephone: (415) 956-1000
> Facsimile: (415) 956-1008
> kdermody@lchb.com
> bglackin@lchb.com
> dharvey@lchb.com
> ashaver@lchb.com
> lchan@lchb.com
> ysalahi@lchb.com
> *admitted pursuant to LR83.1(d)
>
> Robert M. Elliot  (State Bar No. 7709)
> ELLIOT MORGAN PARSONAGE, P.A.
> 426 Old Salem Rd.
> Winston-Salem, NC 27101
> Telephone: (336) 724-2828
> Facsimile: (336) 714-4499
> Email: rmelliot@emplawfirm.com
>
> *Counsel for Plaintiff Dr. Seaman and the Class*